IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| RANDI HARDY, AIS 280293, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CASE NO. 2:24-CV-476-WKW ) [WO] |
| TIFFANY ROGERS, TRAMON ROGERS, and PAMELA WHITTEN, | ) ) ) |
| Defendants. | ) |

## **ORDER**

Before the court is the Recommendation of the Magistrate Judge endorsing dismissal of this action with prejudice under 28 U.S.C. § 1915(e)(2)(B). (Doc. # 45.) Plaintiff had until February 6, 2025, to file any objection to the Recommendation; however, to date none has been filed. Based upon an independent review of the record, it is ORDERED as follows:

(1) The Recommendation of the Magistrate Judge (Doc. # 45) is ADOPTED; and

(3) Plaintiff's action is DISMISSED with prejudice.

Final judgment will be entered separately.

DONE this 14th day of April, 2025.

                                          /s/ W. Keith Watkins
                                 UNITED STATES DISTRICT JUDGE